```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN R.,

           **Plaintiff,**

    - against -

LUZ BLOISE, et al.,

           **Defendants.**

**ORDER**

06 Civ. 6228 (BSJ) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on April 14, 2009,

**IT IS HEREBY ORDERED** that the Parties finalize on or before **May 15, 2009**, any stipulation with regard to the availability of certain noticed 30(b)(6) witness testimony from City Defendant.

**IT IS FURTHER ORDERED** that the Parties appear for a settlement conference with the Court on **May 28, 2009, at 11:00 a.m.** Unless excused by the Court, each party, together with counsel, must appear in person for the conference.

No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other.

Direct inquiries to Michael Brantley, (212)805-0242.

**SO ORDERED this 14th day of April 2009**
**New York, New York**

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge