UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
JUSTIN R., by his mother SYLVIA O'TOOLE, :
                                    :
            Plaintiff,              :
                                    :    06 Civ. 6228
                                    :    (BSJ)(RLE)
       v.                           :
                                    :
                                    :    **Opinion and Order**
                                    :
LUZ BLOISE, et al.,                 :
                                    :
            Defendants.             :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   For the reasons stated on the record in the hearing before the Court on November 8, 2011, the Court overrules the objections and adopts the Report and Recommendation of Magistrate Judge Ronald Ellis issued on July 20, 2011. Accordingly a judgment against Defendant Taqiyya Niang for **$125,000** shall be awarded to the Plaintiff Justin R.


**SO ORDERED:**

                                    _____
                                    BARBARA S. JONES
                                    UNITED STATES DISTRICT JUDGE


Dated:   New York, New York
         November 8, 2011

1